IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-159-DCK

| CHRISTENE JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| J.S. & T.S., LLC d/b/a NORTH CROSS LANES, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 21) concerning Jason B. Reynolds, filed February 14, 2011. Mr. Reynolds seeks to appear as counsel *pro hac vice* for Plaintiff Christene Jones.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Reynolds is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Christene Jones.

Signed: February 16, 2011

David C. Keesler
United States Magistrate Judge