# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-159-DCK

| | |
|---|---|
| **CHRISTENE JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **J.S. & T.S., LLC d/b/a** ) | |
| **NORTH CROSS LANES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of the remaining schedule for this case is appropriate.

After careful consideration of the Court's calendar, the parties' "Joint Status Report" (Document No. 39), and following additional consultation with counsels' staff regarding specific dates, the undersigned has determined that the trial of this case shall commence on **February 13, 2012**. In addition, the undersigned directs that a Final Pretrial Conference will be held on **February 6, 2012**.

The parties and their counsel are respectfully advised to make appropriate plans with these dates in mind and in accordance with the requirements of the "Pretrial Order And Case Management Plan" (Document No. 12).

**IT IS, THEREFORE, ORDERED** that the schedule of this case is revised as described herein. The Clerk of Court will issue notice at a later date regarding the specific time and location of the Trial and the Final Pretrial Conference.

Signed: December 14, 2011

*[signature]*

David C. Keesler
United States Magistrate Judge