IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-159-DCK

| CHRISTENE JONES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| J.S. & T.S., LLC d/b/a NORTH CROSS LANES, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff filed a "Notice Of Settlement" (Document No. 63) on February 3, 2012 with Defendant's consent, notifying the Court that the parties have settled this case. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal, or other documents necessary to effectuate the closing of this case, on or before **March 2, 2012**.

**IT IS FURTHER ORDERED** that the pending Motions In Limine (Document Nos. 48, 50, 51, 52, 53, and 54) are **DENIED AS MOOT**.

Signed: February 3, 2012

David C. Keesler
United States Magistrate Judge